UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **TELLY SEBASTIAN WILLIAMS,** | § § § |
| *Plaintiff*, | § § |
| v. | §   No.  3:23-cv-00205-LS § |
| **GC SERVICES LIMITED PARTNERSHIP,** | § § § § |
| *Defendant*. | § § |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 20, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**